# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE UTKIN, SUCCESSOR
TRUSTEE TO THE CHRISTIAN
FAMILY TRUST, DATED OCTOBER 11,
2016,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VINCENT OCHOA, DISTRICT JUDGE,
Respondents,
   and
SUSAN CHRISTIAN-PAYNE;
ROSEMARY KEACH; RAYMOND
CHRISTIAN, JR.; MONTE REASON;
TOMMY L. CHRISTIAN; AND
CHRISTOPHER A. CHRISTIAN,
Real Parties in Interest.

No. 76053



FILED

JUN 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This petition for a writ of mandamus or prohibition seeks to preclude the district court from holding a hearing to discuss the potential removal of, and from otherwise attempting to remove, petitioner as trustee.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, the district court has jurisdiction over trust matters, NRS 164.010, the administration of which are subject to the court's discretion, *Hannam v.*

18-23761

*Brown*, 114 Nev. 350, 362, 956 P.2d 794, 802 (1998). Here, as the district court has only scheduled a hearing to discuss removal but has not yet ruled on the issue, we conclude that this petition is premature. *See Archon Corp. v. Eighth Judicial Dist. Court*, 133 Nev., Adv. Op. 101, 407 P.3d 702, 709-10 (2017) (emphasizing the judicial economy and efficiency interests served by allowing review only upon a complete record). Accordingly, we decline to exercise our discretion to intervene at this time, and we

ORDER the petition DENIED.[1]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:     Hon. Vincent Ochoa, District Judge
        Jerimy Kirschner & Associates, P.C.
        Cary Colt Payne
        Christopher A. Christian
        Rushforth Lee & Kiefer LLP
        Tommy L. Christian
        Eighth District Court Clerk

_____

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.

